IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:21-CR- 255 |
| | § | Judge Jordan |
| ████████████████ | § | |
| MOHAMMED SHEIKA (2) | § | |
| a.k.a. "Mo" | § | |
| ████████████████ | § | |
| ████████ | § | |



**FILED**

SEP 9 - 2021

Clerk, U.S. District Court
Texas Eastern

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

> Violation:  21 U.S.C. §§ 846 and 2
> (Conspiracy to Possess with the Intent to
> Manufacture, Distribute and the
> Distribution of Methamphetamine)

That from sometime in or about January 2021, and continuously thereafter up to

and including September 9, 2021, in the Eastern District of Texas and elsewhere,

██████████████

**Mohammed Sheika, a.k.a. "Mo"**

████████████████

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to manufacture, distribute and the distribute 500

grams or more of a mixture or substance containing a detectable amount of

methamphetamine and 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

Any and all proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____     _____9/9/21_____
HEATHER RATTAN                       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:21-CR-255 |
| | § | Judge Jordan |
| | § | |
| MOHAMMED SHEIKA (2) | § | |
|   a.k.a. "Mo" | § | |
| | § | |
| | § | |

## Count One

Violation:    21 U.S.C. § 846

Penalty:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00